# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TROY STACY ENTERPRISES INC., individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>THE CINCINNATI INSURANCE COMPANY,<br><br>                Defendant. | Judge: Matthew W. McFarland<br><br>Civil Action No. 1:20-cv-00312-MWM |
| TASTE OF BELGIUM LLC, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>THE CINCINNATI INSURANCE COMPANY, THE CINCINNATI CASUALTY COMPANY, THE CINCINNATI IDEMNITY COMPANY, AND CINCINNATI FINANCIAL CORPORATION,<br><br>                Defendants. | Judge: Matthew W. McFarland<br><br>Civil Action No. 1:20-cv-00357-MWM |

**PLAINTIFF'S MOTION TO CONSOLIDATE**

| | |
|---|---|
| SWEARINGEN SMILES LLC AND ELEISHA J NICKOLES DDS, individually and on behalf of all others similarly situated, | Judge: Matthew W. McFarland |
| Plaintiffs, | Civil Action No. 1:20-cv-00517-MWM |
| v. | |
| THE CINCINNATI INSURANCE COMPANY, THE CINCINNATI CASUALTY COMPANY, AND THE CINCINNATI INDEMNITY COMPANY, | |
| Defendants. | |

| | |
|---|---|
| REEDS JEWELERS OF NIAGARA FALLS, INC., individually and on behalf of all others similarly situated, | Judge: Matthew W. McFarland |
| Plaintiff, | Civil Action No. 1:20-cv-00649-MWM |
| v. | |
| CINCINNATI INSURANCE COMPANY, | |
| Defendant. | |

## **PLAINTIFF'S MOTION TO CONSOLIDATE**

Plaintiff Troy Stacy Enterprises Inc., individually and on behalf of the other members of the proposed classes it seeks to represent (collectively, the "Class"), and pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, moves to consolidate the four, above-captioned, class action cases pending against Defendant The Cincinnati Insurance Company, to re-caption the case as *Troy Stacy Enterprises Inc., et al. v. The Cincinnati Insurance Company, et al.*, and for the other relief set forth in the proposed order, submitted contemporaneously herewith.

Plaintiff's Memorandum of Law in Support of this Motion is attached hereto and incorporated herein by reference.

Dated: October 15, 2020

      Respectfully submitted,

*/s/ Adam J. Levitt*
Adam J. Levitt
Amy E. Keller*
Daniel R. Ferri*
Mark Hamill*
Laura E. Reasons*
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
dferri@dicellolevitt.com
mhamill@dicellolevitt.com
lreasons@dicellolevitt.com

Mark Lanier*
Alex Brown*
Skip McBride*
**THE LANIER LAW FIRM PC**
10940 West Sam Houston Parkway North
Suite 100
Houston, Texas 77064
Telephone: 713-659-5200
WML@lanierlawfirm.com
alex.brown@lanierlawfirm.com
skip.mcbride@lanierlawfirm.com

Timothy W. Burns
Jeff J. Bowen*
Jesse J. Bair*
Freya K. Bowen*
**BURNS BOWEN BAIR LLP**
One South Pinckney Street, Suite 930
Madison, Wisconsin 53703
Telephone: 608-286-2302
tburns@bbblawllp.com

jbowen@bbblawllp.com
jbair@bbblawllp.com
fbowen@bbblawllp.com

*Plaintiff's Proposed Interim Class Counsel*

*/s/ Kenneth P. Abbarno*
Mark A. DiCello
Kenneth P. Abbarno
Mark Abramowitz
**DiCELLO LEVITT GUTZLER LLC**
7556 Mentor Avenue
Mentor, Ohio  44060
Telephone: (440) 953-8888
madicello@dicellolevitt.com
kabbarno@dicellolevitt.com
mabramowitz@dicellolevitt.com

Douglas Daniels*
**DANIELS & TREDENNICK**
6363 Woodway, Suite 700
Houston, Texas  77057
Telephone:  (713) 917-0024
douglas.daniels@dtlawyers.com

*Additional Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically using the Court's CM/ECF service, which will send notification of such filing to all counsel of record on this 15th day October 2020.

*/s/ Kenneth P. Abbarno*
Kenneth P. Abbarno
**DiCELLO LEVITT GUTZLER LLC**

4