# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TROY STACY ENTERPRISES INC., individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>THE CINCINNATI INSURANCE COMPANY,<br><br>          Defendant. | Judge: Matthew W. McFarland<br><br>Civil Action No. 1:20-cv-00312-MWM |
| TASTE OF BELGIUM LLC, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>THE CINCINNATI INSURANCE COMPANY, THE CINCINNATI CASUALTY COMPANY, THE CINCINNATI IDEMNITY COMPANY, AND CINCINNATI FINANCIAL CORPORATION,<br><br>          Defendants. | Judge: Matthew W. McFarland<br><br>Civil Action No. 1:20-cv-00357-MWM |

| | |
|---|---|
| SWEARINGEN SMILES LLC AND ELEISHA J NICKOLES DDS, individually and on behalf of all others similarly situated, | Judge: Matthew W. McFarland |
| Plaintiffs, | Civil Action No. 1:20-cv-00517-MWM |
| v. | |
| THE CINCINNATI INSURANCE COMPANY, THE CINCINNATI CASUALTY COMPANY, AND THE CINCINNATI INDEMNITY COMPANY, | |
| Defendants. | |

| | |
|---|---|
| REEDS JEWELERS OF NIAGARA FALLS, INC., individually and on behalf of all others similarly situated, | Judge: Matthew W. McFarland |
| Plaintiff, | Civil Action No. 1:20-cv-00649-MWM |
| v. | |
| CINCINNATI INSURANCE COMPANY, | |
| Defendant. | |

## [PROPOSED] ORDER GRANTING CONSOLIDATION

Upon consideration of Plaintiff Troy Stacy Enterprises Inc.'s Motion to Consolidate Case Numbers 1:20-cv-00357-MWM, 1:20-cv-00517-MWM, and 1:20-cv-00649-MWM with Case Number 1:20-cv-00312-MWM, pursuant to Federal Rule of Civil Procedure 42(a), the Motion to Consolidate is **GRANTED** and the Court hereby **ORDERS** the following:

1.       *Taste of Belgium LLC v. The Cincinnati Insurance Company, et al.*, No. 1:20-cv-00357-MWM, *Swearingen Smiles LLC v. The Cincinnati Insurance Company*, No. 1:20-cv-00517-MWM, and *Reeds Jewelers of Niagara Falls, Inc. v. Cincinnati Insurance Company*, No. 1:20-cv-00649-MWM is consolidated with *Troy Stacy Enterprises Inc. v. The Cincinnati Insurance Company*, No. 1:20-cv-00312-MWM, the earlier-filed case before this Court;

2.       The Clerk of this Court is directed to re-caption the consolidated action as *Troy Stacy Enterprises Inc., et al. v. The Cincinnati Insurance Company, et al.*, and the filing of all pleadings and documents applicable to all actions shall be filed in 1:20-cv-00312-MWM (the "Consolidated Action");

3.       All pleadings and court papers filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| TROY STACY ENTERPRISES INC., TASTE OF BELGIUM LLC, SWEARINGEN SMILES LLC, ELEISHA J. NICKOLES DDS, AND REEDS JEWELERS OF NIAGARA FALLS, INC., individually and on behalf of all others similarly situated, | Master File No. 1:20-cv-00312-MWM (Consolidated) |
| Plaintiffs, | |
| v. | |
| THE CINCINNATI INSURANCE COMPANY, THE CINCINNATI CASUALTY COMPANY, THE CINCINNATI INDEMNITY COMPANY, AND CINCINNATI FINANCIAL CORPORATION, | |
| Defendants. | |
| **This Document Relates to:** | |

4.  When a pleading or other court paper filed in the Consolidated Action is intended to apply to all actions therein, the words "All Actions" shall appear immediately after the words "THIS DOCUMENTS RELATES TO:" in the caption set out above.

5.  When a pleading or other court paper is intended to be applicable to less than all such actions, the party filing the document shall indicate, immediately after the words "THIS DOCUMENT RELATES TO:" the action(s) to which the document is intended to be applicable by the name of the plaintiff(s) and the docket number(s).

4

6. The parties are ordered to confer on and propose to the Court a new discovery schedule for the Consolidated Action, within seven days of this Order.

7. The Court reserves the determination of whether to consolidate other actions later filed in the United States District Court for the Southern District of Ohio—whether directly or by virtue of removal, transfer, or otherwise—which arise out of or are related to the same or similar facts as alleged in the Consolidated Action until such actions are filed and a party moves for consolidation.

Done this ___ day of _____, 2020,

MATTHEW W. MCFARLAND
UNITED STATES DISTRICT JUDGE