# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| TROY STACY ENTERPRISES INC., individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANY,<br><br>                       Defendant. | Judge: Matthew W. McFarland<br><br>Civil Action No. 1:20-cv-00312 |

## PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO FED R. CIV. P. 23(g)

Pursuant to Federal Rule of Civil Procedure 23(g), Troy Stacy Enterprises Inc., the named plaintiff in the above-captioned action, respectfully seeks the appointment of W. Mark Lanier of The Lanier Law Firm, Adam J. Levitt of DiCello Levitt Gutzler LLC, and Timothy W. Burns of Burns Bowen Bair LLP as Plaintiff's Interim Co-Lead Class Counsel, as well as the other relief set forth in the proposed Order. This Motion is based upon the Memorandum of Law in Support, filed contemporaneously herewith.

Dated:  October 15, 2020

                                                     Respectfully submitted,

                                                     */s/ Adam J. Levitt*
                                                     Adam J. Levitt
                                                     Amy E. Keller*
                                                     Daniel R. Ferri*
                                                     Mark Hamill*
                                                     Laura E. Reasons*
                                                     **DiCELLO LEVITT GUTZLER LLC**
                                                     Ten North Dearborn Street, Sixth Floor
                                                     Chicago, Illinois  60602
                                                     Telephone:  312-214-7900
                                                     alevitt@dicellolevitt.com

akeller@dicellolevitt.com
dferri@dicellolevitt.com
mhamill@dicellolevitt.com
lreasons@dicellolevitt.com

Mark Lanier*
Alex Brown*
Skip McBride*
**THE LANIER LAW FIRM PC**
10940 West Sam Houston Parkway North
Suite 100
Houston, Texas  77064
Telephone:  713-659-5200
WML@lanierlawfirm.com
alex.brown@lanierlawfirm.com
skip.mcbride@lanierlawfirm.com

Timothy W. Burns
Jeff J. Bowen*
Jesse J. Bair*
Freya K. Bowen*
**BURNS BOWEN BAIR LLP**
One South Pinckney Street, Suite 930
Madison, Wisconsin 53703
Telephone: 608-286-2302
tburns@bbblawllp.com
jbowen@bbblawllp.com
jbair@bbblawllp.com
fbowen@bbblawllp.com

*Plaintiff's Proposed Interim Class Counsel*

*/s/ Kenneth P. Abbarno*
Mark A. DiCello
Kenneth P. Abbarno
Mark Abramowitz
**DiCELLO LEVITT GUTZLER LLC**
7556 Mentor Avenue
Mentor, Ohio  44060
Telephone: (440) 953-8888
madicello@dicellolevitt.com
kabbarno@dicellolevitt.com
mabramowitz@dicellolevitt.com

Douglas Daniels*
**DANIELS & TREDENNICK**

2

6363 Woodway, Suite 700
Houston, Texas 77057
Telephone: 713-917-0024
douglas.daniels@dtlawyers.com

***Additional Counsel for Plaintiff and the Proposed Class***

\* Applications for admission *pro hac vice* to be filed

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically using the Court's CM/ECF service, which will send notification of such filing to all counsel of record on this 15th day of October 2020.

*/s/ Kenneth P. Abbarno*
Kenneth P. Abbarno
**DiCELLO LEVITT GUTZLER LLC**