# EXHIBIT C

# Burns | Bowen | Bair

# What We Do: Insurance Recovery

Burns Bowen Bair represents corporations, boards of directors, investment funds, public entities, professional firms, unions, tribes, hospitals, bankruptcy trustees, churches, plaintiff classes, and individuals in complex coverage, bad faith, financial fraud, and counterparty disputes with insurance companies.

Among other notable representations, our team recently represented the board of directors of one of the world's largest banks in a front-page-headline engagement that resulted in the largest insurance-funded settlement of a shareholder derivative action in history.



- Coverage Litigation
- Domestic and International Insurance Arbitration
- Resolving Securities Fraud Class Actions and Derivative Disputes
- Bad Faith Litigation
- Bankruptcy Trustee Litigation
- Insurance Class Actions
- Counterparty Disputes with Insurers
- Early Resolution of Insurance-Driven Liability Claims
- Counseling and Teaming with Plaintiffs' Lawyers on Insurance Matters

# Burns | Bowen | Bair

# Meet Tim Burns



## Tim Burns

### Partner | Insurance Trial Lawyer

- 608-286-2808
- tburns@bbblawllp.com
- LinkedIn

Tim Burns is a partner at Burns Bowen Bair LLP. He combines a deep understanding of insurance law and the insurance industry with a broad understanding of the civil litigation system that allows him to bring creative solutions to high-stakes problems.

Before founding Burns Bowen Bair LLP, Tim was a partner at three of the largest law firms in the country and led the insurance recovery practice groups at two of those law firms. Tim built from scratch one of the world's top directors' and officers' insurance practices. He has co-authored two books on directors' and officers' insurance and lectured and written widely on that topic as well as many other areas of insurance law and public policy. For years, Tim taught at directors' colleges put on by some of the foremost law and business schools in the country, including Stanford's Directors' College and the University of Chicago, Stanford and Dartmouth Directors' Consortium.

Since the financial crisis, Tim has led a small group of lawyers who have obtained over $1 billion in settlements and judgments from the insurance industry under many different types of insurance policies, including general liability insurance, directors' and officers' insurance, professional liability insurance, fiduciary liability insurance, cyber insurance, property insurance, and crime and fidelity insurance.