# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| **TROY STACY ENTERPRISES INC., SWEARINGEN SMILES LLC, ELEISHA J. NICKOLES DDS, REEDS JEWELERS OF NIAGARA FALLS, INC., BURNING BROTHERS BREWING LLC, CHICAGO MAGIC LOUNGE LLC, AND CDC CATERING, INC. T / A BROOKSIDE MANOR, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE CINCINNATI INSURANCE COMP ANY, THE CINCINNATI CASUALTY COMPANY, THE CINCINNATI INDEMNITY COMPANY, AND CINCINNATI FINANCIAL CORPORATION,**<br><br>Defendants. | Master Case No. 1:20cv312<br><br>(Consolidated)<br><br>Judge Matthew W. McFarland |

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED:  That the motion to dismiss (Doc. 63) is GRANTED and the motion to stay (Doc. 66) is DENIED as moot.  The Court terminates the following cases:

(1) *Troy Stacy Enterprises, Inc., et al. v. Cincinnati Insurance Company, et al.,* 1:20-cv-312;
(2) *Swearingen Smiles* LLC, *et al v. Cincinnati Insurance Company, et al.,* l:20-cv-517;
(3) *Reeds Jewelers of Niagara Falls, Inc. v. Cincinnati Insurance Company,* l:20-cv-649;
(4) *Burning Brothers Brewing* LLC, *et al. v. Cincinnati Insurance Company,* l:20-cv-920.

September 24, 2021.

                                                  Richard W. Nagel, Clerk of Court
                                                  By: */s/ Kellie A. Fields*
                                                           Deputy Clerk